# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MASSACHUSETTS

FILED IN CLERKS OFFICE

FEB 14 '25 PM 12:54 USDC MA

Mirca B. Caceres

Plaintiffs,

v.

Seven Hills Foundation

Defendant.

## INTRODUCTION

Complain for Holding an American citizen Against his will for ten years, violating all his human, civil and constitutional rights and ignoring the decision of a judge and falsification of a judge's order so that no family member can claim. Now comes the plaintiff Mirca Benitez Caceres, mother of Israel David Caceres, the petitioner who hereby move to asking this honorable court asking that the honorable judge put an end to the constitutional and civil rights of our son Israel David Caceres, please honorable judge we ask for justice.

Date: 02/13/25

Respectfully:

Mirca Benitez Caceres

661-3 Hartford Avenue

Providence, Rhode Island

We ask for intervention of this honorable court to help us return our son Israel David Caceres to his home after ten years of being kidnapped as a minor and without a judge's order while he was sleeping in our home, on October 8, 2016. On November 23, 2021, the honorable Judge Thomas J. Barbar, after a review of docked No. MI16P6082 with which the respondents had sought protection, issued a decree of dismissal to the same. Since then, we have asked the respondents to return our son to us, whom they are illegally holding against his will, locked up and without taking him to a prison for ten years. At the time of taking him from our kidnapped home, our son was in 10th grade. On December 25, 2022, arbor Hospital contacted us that our son had been lost and after passing four hospitals from Darthmouth to Jamaica Plain. Where they registered him as an "Undocumented Dominican" my son was born in the USA and the respondents have not given him any type of documentation, they do not allow me to see him, and for ten years they have not allowed him to return home, as if my son committed a crime, my son was the victim of an attempted murder, they broke his thorax and his TMJ and his murderers are free, only for having a property title that a judge usurped and sold all the properties and their only legality is to have my son kidnapped, for them to be able to commit this type of crime against our son for ten years, we ask the honorable judge to intervene for kidnapping and violation of all civil and constitutional rights of a citizen of the USA and he deserves to have an AID, passport and a career for his future which these two institutions "denied" him.

# CERTIFICATE OF SERVICE

I, Mirca Benitez Caceres, mother of Israel David Caceres and plaintiff petitioner, hereby certify that I have served a copy of the foregoing via-class mail this Thursday February 13, 2025

Israel David Caceres 28 West Sherman Street Darthmouth, MA 02747

Seven Hills Foundation, by their Attorneys: /s/ Patrick C. Tinsley Fletcher Tilton PC

161 Worcester Road, Suite 401 Framingham, MA 01701 Tel. (508) 459-8211

Very truly yours;

Mirca Benitez Caceres

661-3 Hartford Avenue

Providence, Rhode Island 02909-5919